NORBET CORPORATION, APPELLANT, v. CITY OF NEWARK ET AL., RESPONDENTS.

Argued February 4, 1948—Decided May 13, 1948.

For the appellant, *Frederick Vonhof (Joseph Weintraub,* of counsel).

For the respondents, *Thomas L. Parsonnet (Vincent J. Casale,* of counsel).

PER CURIAM.

The judgment under review herein is affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Wachenfeld in the Supreme Court.

*For affirmance*—THE CHANCELLOR, DONGES, HEHER, BURLING, DILL, FREUND, JJ. 6.

*For reversal*—THE CHIEF JUSTICE, EASTWOOD, WELLS, McLEAN, SCHETTINO, JJ. 5.